IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JERRY L. SEARS                                                    PLAINTIFF

        v.                        Civil No. 05-1067

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                          DEFENDANT

## JUDGMENT

Comes now the Court on this 6th day of July, 2006, in accordance with the

Memorandum and Order filed in the above styled case on today's date, and hereby considers,

orders and adjudges that the Defendant's Motion to Remand is granted (Doc. #12).  The

decision of the Commissioner of Social Security is reversed and this matter is remanded to

the Commissioner, pursuant to sentence four, *42 U.S.C. § 405(g)*.

        Counsel is reminded that, in view of the United States Supreme Court decision,

*Shalala v. Schaefer, 113 S.Ct. 2625, 125 L.Ed.2d 239 (1993)*, a petition for attorney's fees

under the Equal Access to Justice Act must be filed within 30 days from the date this

Judgment becomes final.

        IT IS SO ORDERED.

                                        /s/ Bobby E. Shepherd
                                HONORABLE BOBBY E. SHEPHERD
                                UNITED STATES MAGISTRATE JUDGE